UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CELSO SANCHEZ-SANTOS,

Petitioner,

v.

DHS/ICE OFFICIALS,

Respondent.

No. 1:26-cv-07434-DAD-AC (HC)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT

(Doc. No. 1)

On September 14, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE") and a motion for temporary restraining order. (Doc. No. 1.)

On September 16, 2026, the court set a briefing schedule as to petitioner's motion for temporary restraining order and directed respondent to address whether any provision of law or fact in this case would distinguish it from the circumstances addressed in several cited prior cases that this court has decided. (Doc. No. 3.) In that same order, the court directed that if respondent opposed the court ruling on the underlying petition based on the current briefing before it, respondent was to so indicate in the opposition and provide substantive reasons in support of that position. (*Id.*)

/////

On September 18, 2026, respondent filed an answer to the petition for writ of habeas corpus and motion for temporary restraining order. (Doc. No. 6.) Therein, respondent stated that "[t]his case is not substantively distinguishable from those cited in the Court's Order[.]" (*Id.* at 1.) Respondent has attached some evidence to its response but does not explain the import, if any, of that evidence. (*Id.* at 3–23.) Further, respondent does not oppose the court deciding this case on the merits, and the court will do so.

In light of respondent's concession that this case is not substantively distinguishable from those cited in the court's order, the court incorporates and adopts the reasonings set forth in its prior order *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025). Accordingly, the court will grant petitioner's petition for writ of habeas corpus.

For the reasons explained above,

1. Petitioner's petition for writ of *habeas corpus* and motion for temporary restraining order (Doc. No. 1) is GRANTED IN PART AND DENIED IN PART;
   a. Petitioner's petition for writ of habeas corpus is GRANTED as follows:
      i. Respondent is ORDERED to immediately release petitioner Celso Sanchez-Santos, A-File No. 246-061-970, from respondent's custody;
      ii. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-deprivation bond hearing before an immigration judge at which hearing the government shall bear the burden of justifying petitioner's detention by clear and convincing evidence;
   b. Petitioner's motion for temporary restraining order is hereby DENIED as having been rendered moot by this order granting him *habeas* relief;

2. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Center; and

3. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE